# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Foley Patents, LLC | Civil Action No. 6:05-CV-1711 |
| versus | Judge Tucker L. Melançon |
| American Polymer Products, Inc., et al. | Magistrate Judge Methvin |

## CONSENT JUDGMENT

Plaintiff, Foley Patents, LLC (Foley) and Defendants, American Polymer Products, Inc. (APP) and Weldon P. Taquino (Taquino), having settled all matters in this civil action as between them, and this action being in condition for entry of a final Consent Judgment as between Foley on the one hand and APP and Taquino on the other hand;

IT IS ORDERED that:

A. This Court has jurisdiction of the subject matter of this civil action under 35 U.S.C. §§ 271 and 289, and the jurisdictional provisions of 28 U.S.C. §§ 1331 and 1338(a).

B. Foley is the owner of U.S. Design Patent No. D431,992 ("992 Patent").

C. The 992 Patent is valid, subsisting, and enforceable.

D. APP and Taquino and each of their respective owners, shareholders, directors,

1

officers, employees, agents, legal representatives, heirs, successors, and assigns, and all others in privity or acting in concert therewith, are HEREBY PERMANENTLY ENJOINED during the term of the 992 patent from making, using, offering to sell, selling, or importing into the United States tong handles embodying the patented design claimed in the 992 Patent or colorable imitations thereof, including but not limited to tong handles having the shown in the attached Exhibit 1.

E. All claims for relief plead by Foley against APP and Taquino in this civil action, other than Foley's claim for a permanent injunction granted by paragraph D hereof, are HEREBY DISMISSED WITH PREJUDICE, each party to bear their own respective costs and attorney fees in connection with the prosecution, defense, and disposition of this civil action.

F. This Consent Judgment shall be binding upon APP and Taquino and each of their respective owners, shareholders, directors, officers, employees, agents, legal representatives, affiliates, subsidiaries, related companies, heirs, successors, and assigns, and upon those persons in active concert or participation with them who receive actual notice thereof by personal service or otherwise.

IT IS FURTHER ORDERED that in accordance with 35 U.S.C. § 290, the Clerk of this Court shall NOTIFY the Commissioner of Patents of the entry of this final Consent Judgment and the Commissioner of Patents shall make due entries in

the records of the United States patent and Trademark Office.

THUS DONE AND SIGNED this 24th day of February, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE